OPINION — AG — ** CENTRAL PURCHASING — HIGHER EDUCATION ** ACQUISITIONS BY THE STATE REGENTS FOR HIGHER EDUCATION OF TEXTBOOKS, LABORATORY SUPPLIES, INSTRUCTIONAL MATERIALS AND SPECIALIZED LABORATORY EQUIPMENT ARE EXEMPT FROM THE APPLICATION AND REQUIREMENTS OF THE CENTRAL PURCHASING ACT. CITE: 70 O.S. 1971 3903 [70-3903](C), 74 O.S. 1974 Supp., 85.12 [74-85.12] (TODD MARKUM)